IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTHONY J. BRODZKI**                                                                 **PLAINTIFF**

v.                            Case No. 4:11-cv-184-DPM

**UNITED STATES OF AMERICA**                                          **DEFENDANT**

JUDGMENT

Anthony Brodzki's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

9 June 2011